The People of the State of New York, Respondent,
against
Chondrae McFadden, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Bianka Perez, J.), rendered March 15, 2017, convicting her, upon her plea of guilty, of criminal mischief in the fourth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Bianka Perez, J.), rendered March 15, 2017, affirmed.
Defendant claims that her guilty plea was not knowing, voluntary and intelligent because the court did not conduct an inquiry to determine whether her ability to make a voluntary decision to plead guilty was impaired by her use of drugs. Significantly, however, the only relief defendant requests is dismissal of the accusatory instrument, and she expressly requests that this Court affirm her conviction if it does not grant a dismissal. Since we do not find that dismissal of the charges would be appropriate, we affirm on this basis (see People v Teron, 139 AD3d 450 [2016]). In any event, defendant's claim is both unpreserved and unavailing, inasmuch as she was rational and coherent throughout the plea proceedings, capably responded to the questions put to her, and gave no indication of mental impairment which would have alerted the court to the need of a further inquiry (see People v Brooks, 89 AD3d 747 [2011], lv denied 18 NY3d 955 [2012]; see also People v Francis, 38 NY2d 150, 154 [1975]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 27, 2018